**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

LUIGGI REGALDO CASTILLO, et al.,

Plaintiffs,

-against-

ABDOULAY CEESAY, et al.,

Defendants.

---------------------------------------------------------------X

**ORDER ADJOURNING ICMC**

**26-CV-06882 (ALC) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

An Initial Case Management Conference ("ICMC") was set for **October 7, 2026 at 11:30 AM**. Dkt. No. 5. This ICMC is adjourned *sine die* because it is premature. Counsel for Plaintiff Luiggi Regaldo Castillo only appeared on October 1, 2026. Dkt. No. 6. Counsel for Plaintiff Leidy Elizabeth Lopez has not appeared. Also, the Court has not received a Proposed Case Management Plan. Dkt. No. 5.

The Court orders Parties to do the following by **October 7, 2026**:

1. Counsel for Luiggi Regaldo Castillo shall clarify whether or not they also represent Leidy Elizabeth Lopez. If so, Counsel must file a new appearance.
2. Defendants shall properly re-file the Affidavit of Service on Plaintiff's counsel, which was improperly encompassed within their Notice of Removal. Dkt. No. 1 at 4-5. The Affidavit must be docketed under the correct Event Type in ECF.

**SO ORDERED.**

DATED: New York, New York
October 2, 2026

Jennifer E. Willis

JENNIFER E. WILLIS
United States Magistrate Judge